OPINION — AG — ** DUAL OFFICE HOLDING — SCHOOLS POSITIONS ** A PERSON SERVING AS DIRECTOR OF SAFETY EDUCATION IN THE STATE DEPARTMENT OF EDUCATION CAN LEGALLY SERVE IN SUCH POSITION AND "AS A MEMBER OF A CITY COUNCIL SIMULTANEOUSLY" (COUNCILMAN) CITE: OPINION NO. AUGUST 4, 1949 — HODGE, OPINION NO. MARCH 19, 1953 — HODGE, 70 O.S. 2A-4 [70-2A-4], 51 O.S. 6 [51-6] (PUBLIC EMPLOYEES) (J. H. JOHNSON)